# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Rosa I Rodriguez

Chapter 13 No.    13-48695

Judge    Pamela S. Hollis

Debtor

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on February 1, 2019, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Matthew C. Abad

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on February 1, 2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.0949

**SERVICE LIST**

Rosa I Rodriguez
161 N. Ashbury
Bolingbrook, IL 60440

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Arturo P Gonzalez
Law Offices of Arturo P Gonzalez
920 Davis Road, Suite 100
Elgin, IL 60123